

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-20-00147-CV

Clyde E. **KEBODEAUX,**
Appellant

v.

Patricia **KEBODEAUX,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On August 18, 2021, this court issued an opinion affirming in part, reversing in part, and remanding in part for further proceedings. On October 4, 2021, appellant filed a motion for rehearing. After considering the motion, it is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court